IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.**

**ANTON D. HUGHES,**

**Defendant.**                                                              **No.10-30051-DRH**

### ORDER

**HERNDON, Chief Judge:**

Before the Court is Defendant's Motion to Continue (Doc. 30) sentencing hearing. Specifically, Defendant argues that the sentencing hearing, currently set for October 22, 2010, should be continued as he is contesting one matter involved with his sentencing, namely his relevant conduct, and needs additional time for his attorney to review and develop circumstantial evidence that could support his claim. Defendant's counsel anticipates reviewing treatment records from Defendant's time at the Gateway Foundation in Caseyville, Illinois, but will not receive the records until October 22, 2010 and will need additional time to review the records to determine if they support Defendant's objections. The Government does not object to the continuance. Based on the reasons set forth in the motion, the Court **GRANTS** Defendant's motion to continue (Doc. 30) and continues the sentencing hearing

currently set for October 22, 2010 until **November 18, 2010 at 1:30 p.m.**

    **IT IS SO ORDERED.**

Signed this 19th day of October, 2010.

                                                  David R. Herndon
                                                  2010.10.19 16:09:39
                                                  -05'00'

                                        **Chief Judge**
                                        **United States District Court**